UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED SPACE ALLIANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HILDA L. SOLIS, in her official capacity as United States Secretary of Labor, et al.,<br><br>Defendants. | Civil Action 11-746  (RCL) |

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its memorandum docketed this same day, it is this 14th day of November, 2011, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of defendants dismissing this case with prejudice.

At oral argument, United Space requested that the Court stay any adverse judgment pending appeal.  The Court finds that United Space is unlikely to prevail on the merits for the reasons discussed in the accompanying memorandum opinion and that the company has not shown that it will be irreparably injured by producing the data that OFCCP has requested. Moreover, the public interest lies in the efficient enforcement of Executive Order 11246.  *See Va. Petroleum Jobbers Ass'n v. FPC*, 259 F.2d 921, 925 (D.C. Cir. 1958) (articulating the traditional factors to be considered in granting or denying a stay).

The Court does, however, grant a temporary stay of its judgment to allow the Court of Appeals to determine whether it believes a permanent stay to be warranted.  This judgment will become enforceable on November 28, 2011.

**SO ORDERED.**

                                                      Royce C. Lamberth
                                                     Chief Judge
                                                     United States District Court
                                                           for the District of Columbia